AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Line and/or NCL America *Plaintiff(s)* v. Fibra USA International, LLC *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  **16-21808-CV-MARTINEZ** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fibra USA International, LLC
c/o Registered Agent
Moyal Accounting Services Inc.
10796 Pines Blvd., Suite 204
Pembroke Pines, FL  33026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jacob M. Resnick, Esq.
Foreman Friedman, PA
2 South Biscayne Blvd., Suite 2300
Miami, FL  33131
305-358-6555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **May 20, 2016**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Ahlai Israel
Deputy Clerk
U.S. District Courts